UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORGES BANK, | ) | Civil No. 1:06-CV-00189 |
| | ) | |
| Plaintiff, | ) | Judge: Richard W. Roberts |
| | ) | |
| vs. | ) | |
| | ) | |
| AOL TIME WARNER INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
PURSUANT TO LCvR 7.1

I, the undersigned, counsel of record for Norges Bank, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Norges Bank which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

| | |
|---|---|
| DATED: February 14, 2006 | LAW OFFICES OF ROGER M. ADELMAN<br>ROGER M. ADELMAN (Bar # 56358)<br>1100 Connecticut Ave., NW, Suite 730<br>Washington, DC 20036<br>Telephone: 202/822-0600<br>202/822-6722 (fax) |

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
JOHN J. STOIA, JR.
MICHAEL J. DOWD
THEODORE J. PINTAR
DAVID C. WALTON
PATRICK W. DANIELS
ANDREW J. BROWN
THOMAS E. EGLER (DC Federal Bar #PA0014)


            /s/ Thomas E. Egler
            THOMAS E. EGLER

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

- 2 -

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        PATRICK J. COUGHLIN
        RANDI D. BANDMAN
        MICHAEL F. GHOZLAND
        9601 Wilshire Blvd., Suite 510
        Los Angeles, CA  90210
        Telephone:  310/859-3100
        310/278-2148 (fax)

        Attorneys for Plaintiff

S:\CasesSD\AOL TW DC Norges\NOT00028096.doc