A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
|  | ) |  |
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  _____  as counsel in this
                                           (Attorney's Name)

case for:_____
                              (Name of party or parties)

_____                /s/ Thomas E. Egler
Date                                            Signature

                                                _____
_____                Print Name
BAR IDENTIFICATION
                                                _____
                                                Address

                                                _____
                                                City         State         Zip Code

                                                _____
                                                Phone Number